IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 24-12-BLG-SPW |
| Plaintiff/Respondent, | |
| vs. | |
| | ORDER |
| LUCIOUS MACHIAVELLI, | |
| Defendant/Movant. | |

On March 30, 2026, an order was issued directing counsel be appointed to Machiavelli and file an amended 28 U.S.C. § 2255 motion on his behalf. (Doc. 128.) Colin Stephens filed a notice of appearance. (Doc. 129.)

Stephens subsequently filed a notice advising the Court of Machiavelli's intent to withdraw his § 2255 motion and instead pursue compassionate release pursuant to 18 U.S.C. § 3582. *See*, (Doc. 132.)

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides an avenue for voluntary dismissal and Machiavelli has demonstrated good cause to support dismissal. Accordingly, IT IS HEREBY ORDERED:

1. Machiavelli's 28 U.S.C. § 2255 motion (Doc. 120) is DISMISSED

1

pursuant to Fed. R. Civ. P. 41(a)(1)(B).

2. The Clerk of Court is instructed to close the civil case that was opened in conjunction with the filing of this motion.

DATED this 2nd day of July, 2026.

Susan P. Watters
United States District Court Judge